IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: LEE F. & ETHEL L. ROBERSON   )
                                    )
GMAC MORTGAGE CORPORATION,          )
         Creditor,                  )
    vs.                             ) CASE NO. 05B30923
                                    ) JUDGE JACK B. SCHMETTERER
LEE F. & ETHEL L. ROBERSON,         )
             Debtor                 )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the June 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of June 6, 2007.

    a. Attorney's Fees          $250.00

    b. Property Inspections     $105.00

    Total                       $355.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, GMAC Mortgage Corporation rights to collect these amounts will remain unaffected.

Respectfully Submitted,
GMAC Mortgage Corporation

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088